CASE # 11-CV-5664 CJFBJ(WDW)

I Maria Apostolidis was in Greece at the time when my money was taken out of my personal account .I never authorized nobody to take anything out the only person who has power of attorney is my daughter Helen Tilton. Regradles of what was going on in my household between my husband who was very sick at the time and was being controlled by my other daughter Penny Apostolidis still no one had right to take my money . Chase had no right to give my money to anyone without speaking to me. I don't understand how Chase allowed this to happen. I asked the bank how did this happen who approved this show me a paper with a singed approval they never provided one piece of paper. Now I ask the court if your money was given away what would you have done ? I would like to go to trial if I didn't get my money back it was mine and I want it back.

Thank You

MARIA Apostolidis

2-21-2012

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D N Y

★   FEB 2012   ★

LONG iSLAND OFFICE

c.c.   Han Sheng Beh

RECEIVED

FEB 2012

EDNY PRO SE OFFICE

# Transmission Log

Tuesday, 2011-11-08   15:10

| Date | Time | Type | Job # | Length | Speed | Station Name/Number | Pgs | Status |
|------|------|------|-------|--------|-------|---------------------|-----|--------|
| 2011-11-08 | 15:09 | SCAN | 18586 | 0:19 | 24000 | 210-489-6914 | 2 | OK -- V.34 1M31 |

*Copy of Police Report*

## CHASE

**Fax cover sheet**

Date: 11/8/11

To: Bridget Thenian                  No. of pages, including this cover sheet:

Fax #: 610 489-6914                   Sent From: Frank Jordin

                                      Telephone: 631/681-7020

**Message:**

As Reported.   Please see Police Report

for the Maria Apostolidis.

11-8-11
FAXED

Best
Frank Jordin

© 2008 JPMorgan Chase Bank, N.A.

Confidentiality Notice: This transmission is intended for the use of the individual or entity to which it is addressed. This transmission may contain information that is confidential or privileged under law. If you are not the intended recipient, you have received this in error and you are hereby notified that retention, dissemination, distribution, copying, or use of the information contained in this transmission (including any reliance thereon) is strictly prohibited. If you received this transmission in error, please notify the sender immediately by telephone and destroy the original. Thank you.

M0808-01 (06/08)

*22 pages*

# CHASE ⬡

## Fax cover sheet

| | |
|---|---|
| **Date:** 11/8/11 | **No. of pages, including this cover sheet:** |
| **To:** Bridget Thomas | **Sent From:** Frank Jordan |
| **Fax #:** (610) 489-6914 | **Telephone:** 631/981-7020 |
| | 12:45 pm |

**Message:**

As Requested. Please see Police Report

for Ms. Maria Apostalidis.

Best
Frank Jordan

866 564-2262

1- 800 457-9802

11-14-2011 spoke
to JAmey Thomson on phone
Told me about Joint Accounts
an said we Not open a new
claim not enough Information
Said Family Problems ?

Fraud dept claim # 0837169480900001

© 2008 JPMorgan Chase Bank, N.A.

**Confidentiality Notice:** This transmission is intended for the use of the individual or entity to which it is addressed. This transmission may contain information that is confidential or privileged under law. If you are not the intended recipient, you have received this in error and you are hereby notified that retention, dissemination, distribution, copying, or use of the information contained in this transmission (including any reliance thereon) is strictly prohibited. If you received this transmission in error, please notify the sender immediately by telephone and destroy the original. Thank you.

M0806-01 (06/08)

```
-------------------------------- Incident Data --------------------------------

CC: 10-130757  Pct:05 Sector: 502  Car: DESK  Domestic:    Command: 0500

Report Date: 03/18/10         Occurred From: 08/14/09 - 1400
       Time: 1507                        To:          -

Business Name:                                    Town Code: 5254
      Address: 784 FULTON AVE   BOHEMI   Zip:

      Offense        Cat         Deg      Description            Att
                                          POLICE INFO

      Remarks: POLICE INFO REF BANK DISPUTE

------------------------------ Persons Involved -------------------------------

Typ Name                    DOB  Sex Race     Ethnicity    Relation to Off
 C  APOSTOLIDIS,MARIA      19460321 F
    784 FILTON AVE BOHEMIA NY  [H]:244-3733    [W]:

            Type of Injury:
            Level of Injury:
            Medical Treatment:


--------------------------- Suspects/Arrestees --------------------------------

Typ Name                    DOB   Sex Race     Ethnicity    Age  Hgt  Wgt

-------------------------------- Vehicle(s) -----------------------------------

Year Make          Model          VIN              Color      Plate    St

-------------------------------- Property -------------------------------------

Per  Sta  Quantity  Description                     Typ  Value

-------------------------------- Narrative ------------------------------------

COMPL REPORTS HER DAUGHTER CHANGED HER ADDRESS ON HER BANK ACCT, AND
WITHDREW $147.90 FROM HER ACCT WHILE SHE WAS OUT OF THE COUNTRY. COMP
HAS AN ONGOING INVESTIGATION AT CHASE BANK AND ONCE SHE RECEIVES ALL
DOCUMENTATION FROM THE BANK SHE WILL FILE CHARGES WITH THE DA'S OFFICE

----------------------------- Administrative ----------------------------------

  Case Status:                  Date:
     Teletype:                  TOT:

Evidence/Tech Work Done:

                      Weapon (A):
                    Location (B):
      Larceny/Theft Category (C):
             Bias Crime Type (D):
   Is Victim also Complainant (E):
       Is Offense Gang Related (F):
      Is Offense Computer Rel (G):
                    Drug Type (H):
      Assault/Homicide Circum (I):
```

*[Handwritten note:]* This Police Report was Faxed over same day No Reason For to ReFax but was done again also Faxed From DA office 11-8-11

03/26/2010 13:20 FAX 631 244 7413        OFFICEMAX 6128

```
**********************
***   TX REPORT   ***
**********************


TRANSMISSION OK

TX/RX NO            1024
CONNECTION TEL              18667019886
SUBADDRESS
CONNECTION ID
ST. TIME           03/26 13:19
USAGE T            00'26
PGS. SENT          2
RESULT             OK
```

1 St Time faxed by myself

Police Report.

Ms. Dee.

**POLICE DEPARTMENT, COUNTY OF SUFFOLK, N.Y.**
*ACCREDITED LAW ENFORCEMENT AGENCY*
**FIELD REPORT PDCS-1053c**

3021

| CENTRAL COMPLAINT NUMBER | PCT. OF OCC. | SECTOR | CAR NO. | HAMLET |
|---|---|---|---|---|
| 10-130757 | S | So2 | SDsk | Bohemia |

INCIDENT
Police Info.

INCIDENT LOCATION (INCLUDE BUSINESS NAME)
784 Fulton Ave Bohemia

| DAY | DATE | TIME | DAY | DATE | TIME |
|---|---|---|---|---|---|
| FR | 8-14-09 | 1400 | | | |
| | OCC FROM | | | OCC TO | |

| COMPLAINANT OR VICTIM | PT | DATE OF BIRTH | M/F |
|---|---|---|---|
| Apostolidis, Maria | C, | 3.21.46 | F |

ADDRESS
784 Fulton Ave Bohemia      TELEPHONE 244.3733

| ADDITIONAL PERSON | PT | DATE OF BIRTH | M/F |
|---|---|---|---|
| Apostolidis-Kang Penny | S, | 1.27.69 | F |

COMPLAINANT E-MAIL ADDRESS             COMPLAINANT E-MAIL ADDRESS

ADDRESS
49-09-43rd Ave Woodside     TELEPHONE (718) 565-2797

| VEH YR. | MAKE | MODEL | COLOR | STYLE | REGISTRATION |
|---|---|---|---|---|---|

| QUAN | TYPE | DESCRIPTION | VALUE | TT# |
|---|---|---|---|---|

DETAILS:

Compl. Reports her daughter changed
her Address on her bank Account And
withdrew $147,900.∞ from her Account
while She was out of the country. Compl.
has An on going Investigation At chase
bank And once She recieves All Documantion
from the bank she will file charges with
the DAs office.

| DATE OF REPORT | TIME OUT | TIME ARRIVED | TIME IN | TOUR | FOUNDED |
|---|---|---|---|---|---|
| 5-18-10 | 1435 | 1435 | 1515 | 7-3 | ☒ YES ☐ NO |

☐ ACTIVE   ☒ CLOSED (NON-CRIMINAL ONLY)   ☐ CLEARED BY ARREST   REPORT TO FOLLOW
☐ PENDING   ☐ EXCEPTIONALLY CLEARED                          N/A

| POLICE OFFICER | SUPERVISOR |
|---|---|

Claim

0837169480Q0001

**CHASE ⬡**
P.O. Box 620002
Internal Mail TX1-2551
Dallas, Texas 75262-9802

**Customer Claim Department**
Phone: (866)564-2262    Fax: (866)701-9886
March 19, 2010



03240-01 CCL 1A 079-000000000000
MARIA APOSTOLIDES
PO BOX BOX362
BOHEMIA, NY 11716

Date of Inquiry:  03/18/2010
Card Number ending in:
Account Number ending in:  ************7501

Dear MARIA APOSTOLIDES,

Thank you for your recent inquiry regarding the transaction(s) listed below or on the attached page.

In order to assist us in researching your claim, we need additional information.  Please contact us today at 1-866-564-2262 and refer to claim number 083716948090001.

Your prompt attention to this matter is appreciated.

Thank you for choosing Chase.

Sincerely,

*Mrs*
*Dee*

*10 866 564*
*2262*

Customer Claim Department
JPMorgan Chase Bank, N.A.

*Fax 866 701-9586*

**Disputed Transactions:**    *I was not here. 8-14-2009*

| Tran Date | Amount | Description | Merchant Desc |
|-----------|--------|-------------|---------------|
| 08/14/2009 | $147900.00 | Debit/Withdrawal | |

083716948090001;1 LCM12_001



**CHASE ⬡**
P.O. Box 620002
Internal Mail TX1-2551
Dallas, Texas 75262-9802

**Customer Claim Department**
Phone: (866)564-2262    Fax: (866)701-9886
March 26, 2010

04181-01 CCL 1A 086-000000000000
MARIA APOSTOLIDES
PO BOX BOX362
BOHEMIA, NY 11716

Date of Inquiry:  03/18/2010
Card Number ending in:
Account Number ending in:  ************7501

Dear MARIA APOSTOLIDES,

Thank you for your recent inquiry regarding the transaction(s) listed below or on the attached page.

In order to assist us in researching your claim, we need additional information.  Please contact us today at
1-866-564-2262 and refer to claim number 083716948090001.

Your prompt attention to this matter is appreciated.

Thank you for choosing Chase.

Sincerely,

Customer Claim Department
JPMorgan Chase Bank, N.A.

**Disputed Transactions:**

| Tran Date | Amount | Description | Merchant Desc |
|---|---|---|---|
| 08/14/2009 | $147900.00 | Debit/Withdrawal | |

083716948090001;2 LCM12_001



**CHASE** ⬡
P.O. Box 620002
Internal Mail TX1-2551
Dallas, Texas 75262-9802

**Customer Claim Department**
Phone: (866)564-2262    Fax: (866)701-9886
April 6, 2010

02744-01 CCL 1A 099-000000000000
MARIA APOSTOLIDES
PO BOX BOX362
BOHEMIA, NY 11716

Date of Inquiry:   03/18/2010
Card Number ending in:
Account Number ending in:   ************7501

Dear MARIA APOSTOLIDES,

Research is complete on your recent dispute. Please find a summary of the transaction(s) in question listed below or on the attached page.

Research revealed that the transaction(s) was processed correctly or was authorized. *Who authorized? Not Maria Apostolides*

You are welcome to view the research documents used in resolving your claim.

If you have any questions, please contact a Customer Claim Specialist at the number above and refer to claim number 083716948090001.

Thank you for choosing Chase.

Sincerely,

Customer Claim Department
JPMorgan Chase Bank, N.A.

*Mail copie to Bank Dept. copy to JA*

**Disputed Transactions:**

| Tran Date | Amount | Description | Merchant Desc |
|-----------|-----------|-----------------|---------------|
| 08/14/2009 | $147900.00 | Debit/Withdrawal | |

083716948090001;3 LCM09_001

JPMORGAN CHASE & CO.

April 23, 2010

Maria Apostolidis
Post Office Box 362
Bohemia, New York 11716

Dear Maria Apostolidis:

This is to acknowledge receipt of your correspondence regarding your account with our bank. We are in the process of investigating your concerns and you will hear from us soon. We appreciate your bringing this situation to our attention and will ensure that you are provided a detailed response when the research is completed.

Thank you for your patience and for banking with Chase.

Sincerely,

Executive Office

Not even
Signed ?

JPMORGAN CHASE & CO.

Jody Schwenkel
Executive Specialist

May 4, 2010

Maria Apostolidis
P.O. Box 362
Bohemia, NY 11716

Dear Mr. Apostolidis:

I am writing in response to your letter to the Office of the Comptroller of the Currency, regarding a withdrawal on your JPMorgan Chase account.   On behalf of Chase, I apologize for any frustration or inconvenience you experienced as a result of this matter.

It is my understanding an unauthorized withdrawal was made from your account in the amount of $147,900.00 on July 22, 2009.  You have attempted to collect these funds by filing a claim but have yet to be reimbursed.  Upon receipt of your letter, we attempted to identify the account this issue pertains to; however, we were unsuccessful.  Our records show you currently hold two IRA accounts as well as two Brokerage accounts.  We were unable to locate any checking or savings account(s).

We have also made an attempt to reach you by phone; however, the numbers on file are invalid.  In order for us to continue our research, it is necessary that you provide the account number from where the funds were taken.  At your earliest convenience, please contact me at 1-713-262-1956 with this information.  I look forward to speaking with you soon.

Sincerely,

J. Schwenkel

Executive Office

cc:  Office of the Comptroller of the  Currency Case #1149016



**CHASE ○**
JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

August 11, 2009 through September 09, 2009
Account Number: **000000833367501**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **Chase.com** |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-877-312-4273 |
| International Calls: | 1-713-262-1679 |



ԱկԱ կկԱ կկԱ կԱ կ կ կ Ա Ա կ Ա կ Ա կ կ Ա կ կ կ Ա
00217489 DRE 802 141 25309 - NYNNN T 1 000000000 06 0000
MARIA APOSTOLIDIS
784 FULTON AVE
BOHEMIA NY 11716-4307

---

## CHECKING SUMMARY    Chase Checking

*This shows The 147,900, WAS in my account before I left for GREECE*

| | AMOUNT |
|---|---|
| Beginning Balance | $148,293.96 |
| Deposits and Additions | 960.00 |
| ATM & Debit Card Withdrawals | - 868.38 |
| Other Withdrawals, Fees & Charges | - 147,904.00 |
| **Ending Balance** | **$481.58** |

This message confirms your enrollment in the Classic Benefits Package.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 09/03 | US Treasury 303 Soc Sec | PPD ID: 3031036030 | $960.00 |
| **Total Deposits and Additions** | | | **$960.00** |

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/24 | Card Purchase With Pin  08/22 Bohemia Development Cor Bohemia NY Card 9539 | $50.00 |
| 08/24 | Card Purchase With Pin  08/22 Iga Bohemia Bohemia NY Card 9539 | 15.38 |
| 08/26 | Non-Chase ATM Withdraw  08/26 31-04 Ditmars Astoria NY Card 9539 | 203.00 |
| 09/08 | ATM Withdrawal        09/08 5191-6 Sunrise Highway Bohemia NY Card 9539 | 300.00 |
| 09/08 | ATM Withdrawal        09/08 5191-6 Sunrise Highway Bohemia NY Card 9539 | 300.00 |
| **Total ATM & Debit Card Withdrawals** | | **$868.38** |



August 11, 2009 through September 09, 2009

Account Number: **000000833367501**

## OTHER WITHDRAWALS, FEES & CHARGES

*how Transfer*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/14 | Transfer To Chk Xxxxx7527 | $147,900.00 |
| 08/26 | Non-Chase ATM Fee-Inq | 2.00 |
| 08/26 | Non-Chase ATM Fee-With | 2.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$147,904.00** |

*Did not approve was in GREECE.*

X



*Teller work.*

## CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

July 10, 2009 through August 10, 2009
Account Number:  **000000833367501**

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-935-9935** |
| Hearing Impaired: | **1-800-242-7383** |
| Para Espanol: | **1-877-312-4273** |
| International Calls: | **1-713-262-1679** |

00102425 DRE 802 141 22309 - NNNNN T 1 000000000 06 0000
MARIA APOSTOLIDIS
784 FULTON AVE
BOHEMIA NY 11716-4307

*AUG' 10 2009*
*End Bal*

---

### CHECKING SUMMARY   Chase Checking

| | AMOUNT |
|---|---|
| Beginning Balance | $0.00 |
| Deposits and Additions | 151,861.55 |
| Other Withdrawals, Fees & Charges | - 3,567.59 |
| **Ending Balance** | **$148,293.96** |

This message confirms your enrollment in the Classic Benefits Package.

### DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 07/10 | Deposit | | $2,212.59 |
| 07/15 | Transfer From Sav Xxxxxxx0001 | | 610.01 |
| 08/03 | US Treasury 303 Soc Sec | PPD ID: 3031036030 | 960.00 |
| 08/03 | Transfer From Chk Xxxxx2218 | | 178.95 |
| 08/07 | Phone Funds Transfer Deposit | | 147,900.00 |
| | **Total Deposits and Additions** | | **$151,861.55** |

*→ Phone Funds Transfer Deposit.*

*Approved by me. done at the bank on same day.*

### OTHER WITHDRAWALS, FEES & CHARGES

*Where did S.S. $ 60*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/15 | Transfer To Chk Xxxxxxx4865 | $2,212.59 |
| 07/15 | Withdrawal | 200.00 |
| 07/20 | Withdrawal | 385.00 |
| 08/03 | Withdrawal | 515.00 |
| 08/03 | Withdrawal | 250.00 |
| 08/05 | Card Replacement Fee | 5.00 |
| | **Total Other Withdrawals, Fees & Charges** | **$3,567.59** |

## CHASE ⬤

August 11, 2009 through September 09, 2009
Account Number:   000000833367501

### OTHER WITHDRAWALS, FEES & CHARGES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 08/14 | Transfer To Chk Xxxxx7527 | $147,900.00 |
| 08/26 | Non-Chase ATM Fee-Inq | 2.00 |
| 08/26 | Non-Chase ATM Fee-With | 2.00 |
| **Total Other Withdrawals, Fees & Charges** | | **$147,904.00** |

*why? Charges another Bank*

*How? Who? Approved?*

*8 3 3 3 6*
*7 5 0 1*

Page 3 of 4

Copies of my Passport





iN GreeCe
date goes
FiRst
the Month.

Left Aug 9 2009









# CHASE ⬡

P.O. Box 620002
Internal Mail TX1-2551
Dallas, Texas 75262-9802



**Customer Claim Department**
Phone: (866)564-2262    Fax: (866)701-9886
February 16, 2010    *Option 1*

09081-01 CCL 1A 050-000000000000
MARIA APOSTOLIDES
780 FULTON AVE
BOHEMIA, NY 11716

Date of Inquiry:  02/16/2010
Card Number ending in:
Account Number ending in:  ************7501

Dear MARIA APOSTOLIDES,

Research is complete on your recent dispute. Please find a summary of the transaction(s) in question listed below or on the attached page.

Research revealed that the transaction(s) was processed correctly or was authorized.

You are welcome to view the research documents used in resolving your claim.

If you have any questions, please contact a Customer Claim Specialist at the number above and refer to claim number 963712906450001.

Thank you for choosing Chase.

Sincerely,

Customer Claim Department
JPMorgan Chase Bank, N.A.

*These are the last two
pages as you can see
the second page has nothing
to do with the amount used
below.*

## Disputed Transactions:

| Tran Date | Amount | Description | | Merchant Desc |
|-----------|--------|-------------|---|---------------|
| 08/14/2009 | $147900.00 | | | |

963712906450001;1 LCM09_001



①



January 12, 2010 through February 08, 2010
Primary Account: **000825003934865**

You earned a higher interest rate on your Chase Money Market Savings account during this statement period because you had a qualifying Chase Premier Checking account.

**IMAGES**

ACCOUNT # 000825003934865

See both front and back images of cleared checks at Chase.com. If you're not enrolled in this free service, please enroll now.

CHASE ⬡    WITHDRAWAL    CHECKING ☐
                          SAVINGS ☑

MARIA    APOSTOLIDES

Minding Mae 00

825.0039 3 4865    $    99.00

008590877993 FEB 01 #0000000000 $99.00

This Copy has nothing to do
with 147,900.00
TAKEN out of my personal
Account.