UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

MARIA APOSTOLIDIS,

        Plaintiff,

               – against –

JP MORGAN CHASE & CO., et al.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

ORDER
11-CV-5664 (JFB) (WDW)

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 0 5 2012 ★

LONG ISLAND OFFICE

JOSEPH F. BIANCO, District Judge:

      By letter dated March 1, 2012, defendants inform the Court that, after receiving plaintiff's

amended complaint, they intend to file a motion to dismiss plaintiff's complaint.

      IT IS HEREBY ORDERED that the parties shall abide by the following briefing schedule

for defendants' motion to dismiss plaintiff's complaint:

      Defendants' motion shall be filed by **April 6, 2012**;

      Plaintiff's opposition shall be filed by **May 7, 2012**;

      Defendants' reply shall be filed by **May 21, 2012**.

                    SO ORDERED.

                    JOSEPH F. BIANCO
                    UNITED STATES DISTRICT JUDGE

Dated:     March 5, 2012
           Central Islip, New York